JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERENCE BOYD, | NO. SACV 11-1723-CAS (AGR) |
| Plaintiff, | |
| v. | JUDGMENT |
| SANDRA HUTCHENS, et al., | |
| Defendant. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the complaint is dismissed without prejudice for failure to prosecute.

DATED: March 27, 2014

_____
CHRISTINA A. SNYDER
United States District Judge